# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ VS. _____ FOR _____ AT _____

**LOCATION NUMBER:** _____

**PERSON REPRESENTED** (Show your full name): Fabian Ruiz

- 1 ☐ Defendant - Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: 03m-1150-JGD
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →): ☐ Felony ☐ Misdemeanor

---

### EMPLOYMENT

Are you now employed? ☑ Yes  ☐ No  ☐ Am Self Employed

Name and address of employer: Link Trailer Repair 3214 E President ST Tucson AZ

IF YES, how much do you earn per month? $ 1200 - 2000
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: _____  SOURCES: N/A

### CASH

Have you any cash on hand or money in savings or checking account? ☐ Yes ☑ No  IF YES, state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: N/A

### DEPENDENTS

MARITAL STATUS: ☑ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
- Veronica Guillen
- Fabian S Ruiz
- Eddie Fernandez
- Denny Fernandez

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Deed ( note | Traders. | $ 96000 | $ 987 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)**