UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| v. ) | |
| ) | 03M-1150-JGD |
| FABIAN RUIZ, TREVOR TEAGUE, ) | |
| ANIBAL TORRES, CHRISTOPHER SUGAR, ) | |
| AND SEAN STARK, ) | |
| Defendants ) | |

**NOTICE OF APPEARANCE**

The United States of America, by and through the undersigned counsel, respectfully states and pray that this Honorable Court take notice of the appearance of Assistant U.S. Attorney Cynthia W. Lie as counsel for the government in the captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Cynthia W. Lie
Assistant U.S. Attorney
(617) 748-3183

Date: November 14, 2003

**CERTIFICATE OF SERVICE**

I, Cynthia W. Lie, do hereby certify that a copy of the foregoing was served on counsel of record in the captioned matter by first class mail, postage paid.

_____
Cynthia W. Lie