UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>)<br>FABIAN RUIZ                                  )<br>_____ ) | Criminal No.: 03-M-1150-JGD |

### JOINT MOTION TO POSTPONE STATUS CONFERENCE

All parties hereto jointly request that this Court postpone the April 2, 2004 status conference for approximately three weeks. As grounds therefore Ruiz's counsel has a scheduling conflict which recently arose as a result of a new matter. Defendants agree to exclude the time between April 2, 2004 and the next status conference pursuant to the Speedy Trial Act.

| U.S. ATTORNEY | FABIAN RUIZ<br>By his attorney, |
|---|---|
| _____<br>Cynthia W. Lie<br>U.S. District Court<br>One Courthouse Way<br>Boston, MA 02210<br>617-748-3100 | _____<br>Valerie S. Carter<br>CARTER & DOYLE LLP<br>530 Atlantic Avenue<br>Boston, MA 02210<br>617-348-0525 |
| | TREVOR TEAGUE<br>By his attorney, |
| | _____<br>Elliot Weinstein<br>228 Lewis Wharf<br>Boston, MA 02110<br>617-367-9334 |

1

ANIBAL TORRES
By her attorney,

_____
Syrie Fried
408 Atlantic Avenue
Boston, MA 02210
617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2004 a true copy of the above document was served upon the attorney of record for each other party by mail, postage prepaid.

_____
Valerie S. Carter, Esq.

3