UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

TREVOR TEAGUE

## ORDER

April 26, 2004

DEIN, M.J.

The Joint Motion to Extend Order to Preserve Evidence is ALLOWED. The

government is to preserve the marijuana seized by the DEA agents on October 24, 2003

until June 1, 2004 or until further order of this court, whichever is sooner.

            / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge