UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

CHRISTOPHER SUGAR,
SEAN D. STARK,
TREVOR ROYCE TEAGUE
ANIBAL TORRES and
FABIAN A. RUIZ

**FURTHER ORDER ON EXCLUDABLE TIME**

April 26, 2004

DEIN, M.J.

An Interim Status Conference was held before this Court on April 26, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 26, 2004 - May 20, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of the court dated December 12, 2003, December 19, 2003, December 22, 2003, January 22, 2004, April 1, 2004 and this order, as of May 20, 2004 there will be two days of non-excludable time under the Speedy Trial Act (January 20 - 21, 2004) and sixty-eight (68) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge