

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 23, 2004

~~VIA FIRST-CLASS MAIL AND FACSIMILE~~  VIA HAND
Mark Shea, Esq.                         CX
47 Third Street
Cambridge, MA 02141

Re: United States v. Sugar et al - 03-CR-10362 (PBS)

Dear Mark:

In response to your letter dated March 30, 2004, I have discussed your five questions with Sheriff Blankenship, the handler of the canine at issue, and he has conveyed the following responses to the best of his knowledge:

1) Enclosed is the Certificate of Basic Police Canine Introductory Narcotics Detection Course for the Sheriff and canine; the Sheriff regularly practices with the canine as well;

2) Sheriff Blankenship has been the sole custodian of the canine since the canine began its narcotics duties and there have been no incident reports that utilized the police dog and handler;

3) Any veterinary records of the police dog would be at the Brown Veterinary Clinic in Rolla, Missouri;

4) none;

5) none.

If you have any questions, please feel free to call me at the telephone number below.

Very truly yours,

Cynthia W. Lie
Assistant U.S. Attorney
(617) 748-3183