

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

April 23, 2004

**VIA FIRST-CLASS MAIL AND FACSIMILE**
Valerie Carter, Esq.
Carter & Doyle, LLP
530 Atlantic Avenue
3rd Floor
Boston, MA 02210

Elliot M. Weinstein, Esq.
228 Lewis Wharf
Boston, MA 02210

Syrie Fried, Esq.
Federal Defender
408 Atlantic Avenue
Boston, MA 02210

Mark Shea, Esq.
47 Third Street
Cambridge, MA 02141   } Via hand CZ

Mel Norris, Esq.
260 Boston Post Road
Wayland, MA 01778

Re: United States v. Sugar et al - 03-CR-10362 (PBS)

Dear Attorneys:

Although the government is not required to produce some of the enclosed documents at this time, in an over-abundance of caution and for your convenience, enclosed please find discovery Bates stamped numbers 300 through 329 that I recently received in the above-referenced case, including the following listed documents:

- Lawrence Police Department Arrest Booking Form re: Pablo M. Delgardo, Jr. (2 pages)

- Petition to Revoke from Crawford County, AR, re: Fabian Arturo RUIZ (1 page)

- Bench Warrant from Crawford County, AR, re: RUIZ (1 page)

- Phelps County, MO, Sheriff's Office Arrest Report face sheet re: Christopher SUGAR (1 page)

- Phelps County, MO, Sheriff's Office Arrest Report face sheet re: Sean STARK (1 page)

- Phelps County, MO, Sheriff's Office Evidence Receipt re: SUGAR

Counsel in United States v. Sugar
April 23, 2004
Page 2

    (2 pages)

- Phelps County Uniform Complaint and Summons
- Handwritten notes of TFA Leslee Tate (2 pages)
- Report of SA Robert Hanson dated 10-22-2003 entitled "376 lbs. Marijuana Seizure Phelps County" (3 pages)
- DEA Form 6 dated 02-04-2004 Re: Proffer of Annibal TORRES on 02-04-2004 (3 pages)
- DEA Form 6 dated 01-28-2004 Re: Proffer of Annibal TORRES on 01-28-2004 (5 pages)
- DEA Form 6 dated 12-18-2003 Re: Proffer of Annibal TORRES on 12-18-2003 (5 pages)
- Certificate of Basic Police Canine Introductory Narcotics Detection Course (1 page)
- DEA Form 6 dated 10-27-2003 Re: Case Initiation (2 pages)

    The government continues to request reciprocal discovery from defendants of which it has received none to date, as well as any notice of alibi.

    If you have any questions, please feel free to call me at the telephone number below.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: Cynthia W. Lie
    Assistant U.S. Attorney
    (617) 748-3183

Enclosures

Court (w/o enc).