UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10362-PBS

UNITED STATES OF AMERICA

v.

CHRISTOPHER SUGAR,
SEAN D. STARK,
TREVOR ROYCE TEAGUE, and
FABIAN A. RUIZ

**FURTHER ORDER ON EXCLUDABLE TIME**

May 20, 2004

DEIN, M.J.

A Final Status Conference was held before this Court on May 20, 2004. In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 20, 2004 - June 21, 2004

that being the period between the Final Status Conference and the time requested by the parties to continue addressing issues in connection with the defendants' motion to suppress.

Based upon the prior orders of the court dated December 12, 2003, December 19, 2003, December 22, 2003, January 22, 2004, April 1, 2004, April 26, 2004, and this order, as of June 21, 2004 there will be two days of non-excludable time under the

Speedy Trial Act (January 20 - 21, 2004) and sixty-eight (68) days will remain under the Speedy Trial Act in which this case must be tried.

   / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge