UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  03-10362-PBS

v.

TREVOR TEAGUE and
FABIAN RUIZ

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                              May 28, 2004

      TAKE NOTICE that the above-entitled case has been set for a Initial Pretrial Conference on **June 28, 2004**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel