UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO. 03-10362-PBS |
| v. | |
| FABIAN RUIZ | |

**NOTICE OF MOTION HEARING**

SARIS, U.S.D.J.                                                                                          September 29, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Suppress on **October 7, 2004**, at **3:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                             By the Court,

                                                         /s/ Robert C. Alba
                                                        Deputy Clerk

Copies to: All Counsel