UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 23 P 2: 01

United States of America

v.   Criminal No. 1:03-cr-10362-PBS

U.S. DISTRICT COURT
DISTRICT OF MASS.

Fabian A. Ruiz

## AFFIDAVIT OF ROBERT L. IRELAND

I, Robert L. Ireland, depose and on my oath do swear:

1. I am the CEO and General Manager of Link Trailer Repair, 3214 E. President Street, Tuscon, Arizona 85714.

2. Attached to this affidavit as Exhibit A is a true and complete copy of a Partnership Agreement entered into between myself and Fabian A. Ruiz, dated March 15, 2002.

3. Pursuant to the Partnership Agreement, Mr. Ruiz is my partner in Link Trailer Repair. Attached to this Affidavit as Exhibit B is a true and complete copy of the City of Tuscon Business Privilege License issued to Link Trailer Repair, % F. Ruiz, effective March 15, 2002.

4. Attached to this affidavit as Exhibit C are true and complete copies of the following documents concerning The Far Service Company; (a) a printout from the State of Arizona, Corporations Commission Public Access System confirming The Far Service Company was registered with the State; (b) an Arizona Joint Tax Application for The Far Service Company dba Link Trailer Repair and (c) City of Tuscon Business License No. 0130031 issued to c/0 F. Ruiz, The Far Service Company.

5. On or about July 19, 2003, I entered into a General Agreement with Ray V. Anderson concerning a 1997 Overland Motor Home, VIN No. 4UZVLCA4VC696624. A true copy of the General Agreement is appended hereto as Exhibit D. On July 14, 2003, Mr. Anderson signed a Power of Attorney, a true copy of which is appended hereto as Exhibit E.

6. Mr. Ruiz owned a set of keys to the Overland Motor Home, took family vacations in the motor home and lived in it for approximately a month, when it was parked on the property of Link Trailer Repair in September, 2003.

7. Pursuant to the Partnership Agreement (Exhibit A), the interest acquired in the Motor Home pursuant to the General Agreement (Exhibit B) was owned equally by both myself and Mr. Ruiz. Mr. Ruiz held the same right to exclude people

# PARTNERSHIP AGREEMENT

Know all men by this present, that on March 15, 2002, Fabian A. Ruiz and Robert L. Ireland enter into this partnership agreement for the purpose of operating various kinds of businesses.

This shall be an equal closed partnership with each partner holding 50% interest in any business held by this partnership.

In every business shared by this partnership, Fabian A. Ruiz shall be sole propitiator and president and Robert L. Ireland shall be CEO and general manager.

The first business to be created by this partnership shall be known as " The Far Service Company." This company shall act as the holding company for all other businesses for this partnership.

Each partner shall receive equally all income from all businesses under this partnership and have equal obligation.

All assets such as tools, vehicles, trailers, parts and equipment, but not limited too, acquired by either partner whether held in a company name or the name of one of the partners, while this partnership agreement is in effect, shall be owned equally by both partners.

It is understood by both partners, that any original investment make by either partner shall be repaid to that party as his sole and separate investment outside the partnership.

All decisions concerning other investors shall be made by Fabian A. Ruiz and Robert L. Ireland only and shall not bring anyone else into this partnership as an additional partner. It is agreed by both partners that such investors should be compensated based on a percentage of the business profits from the specific business invested in only. It is further agreed and understood by both partners that no one shall be allowed to invest in the holding company known as " The Far Service Company." Neither partner shall sell or convey any part of their interest in this partnership to any other person.

In the event that either partner should be deceased or otherwise incapacitated where that partner could not be active in the day to day operations of the businesses held by this partnership, that partners interests shall automatically be transferred to the remaining partner. It is further agreed and understood that the remaining partner shall at his own discretion pay to the immediate family of his previous partner, "as designated by that partner," 25 % of the adjusted net profits of the partnership.

Signed and dated this 15th day of March, 2002

_____          _____
Fabian A. Ruiz                                                Robert L. Ireland

Exhibit A

CITY OF TUCSON, ARIZONA
Finance Department
REVENUE DIVISION - LICENSES

Non-Transferable

0170917

VALID UNTIL REVOKED OR CANCELLED

MUST BE DISPLAYED IN A CONSPICUOUS PLACE



# BUSINESS PRIVILEGE LICENSE

For the Payment of Ten Dollars, the person or Firm Below is Hereby Licensed to Conduct the

Business of    RETAIL

upon the condition that the tax accruing to the City of Tucson shall be paid under the provisions of Ch. 19, City Code

This License is subject to Revocation for Violation of Ch. 19 of the City Code

Tucson Code, Chap. 17 "Human Resources" prohibits discrimination based on race, color, religion, ancestry, national origin, or sex, in areas of public accomodations, employment, housing, and other areas affecting the inhabitants of the City of Tucson

| Issued To: | LINK TRAILER REPAIR<br>% F RUIZ<br>3214 E PRESIDENT<br>TUCSON AZ    85714 2044 | Located at | 3214 - E PRESIDENT |
|---|---|---|---|
| | | Effective | March 15, 2002 |

The Number Which This License Bears Will Be Entered On Your Monthly Report And Should Be Referred to in All Correspondence

By _____
Finance Director

Exhibit B

# STATE OF ARIZONA
## CORPORATION COMMISSION
### CORPORATION ANNUAL REPORT & CERTIFICATE OF DISCLOSURE



DUE ON OR BEFORE 06/20/2003     FY02-03     FILING FEE $45.00

The following information is required by A.R.S. §§10-1622 & 10-11622 for all corporations organized pursuant to Arizona Revised Statutes, Title 10. The Commission's authority to prescribe this form is A.R.S. §§10-121.A. & 10-3121.A. **YOUR REPORT MUST BE SUBMITTED ON THIS ORIGINAL FORM.** Make changes or corrections where necessary. Information for the report should reflect the current status of the corporation. See instructions for proper format. **REFER TO THE INSTRUCTIONS ON PAGE 4.**

1. -1035372-1
   FAR SERVICE COMPANY, INC.
   3214 E PRESIDENT ST
   TUCSON, AZ 85714

   *Pd. ck. #1599*
   *4/30/3*

   Business Phone: _____ (Business phone is optional.)
   State of Domicile: ARIZONA     Type of Corporation: BUSINESS

2. Statutory Agent: ROBERT N HOLDERMAN     Physical Address, If Different.
   Mailing Address: 7229 N THORNYDALE RD #109     Physical Address:
   City, State, Zip: TUCSON, AZ 85741     City, State, Zip:

**ACC USE ONLY**
- Fee $_____
- Penalty $_____
- Reinstate $_____
- Expedite $_____
- Resubmit $_____

*Use this box only if appointing a new Statutory Agent*

If appointing a new statutory agent, the new agent MUST consent to that appointment by signing below.

I, (individual) or We, (corporation or limited liability company) having been designated the new Statutory Agent, do hereby consent to this appointment until my removal or resignation pursuant to law.

_____
Signature of new Statutory Agent

3. Secondary Address:
   (Foreign Corporations are REQUIRED to complete this section.)

4. Check the one category below which best describes the CHARACTER OF BUSINESS of your corporation.

**BUSINESS CORPORATIONS**
- 1. Accounting
- 2. Advertising
- 3. Aerospace
- 4. Agriculture
- 5. Architecture
- 6. Banking/Finance
- 7. Barbers/Cosmetology
- 8. Construction
- 9. Contractor
- 10. Credit/Collection
- 11. Education
- 12. Engineering
- 13. Entertainment
- 14. General Consulting
- 15. Health Care
- 16. Hotel/Motel
- 17. Import/Export
- 18. Insurance
- 19. Legal Services
- 20. Manufacturing
- 21. Mining
- 22. News Media
- 23. Pharmaceutical
- 24. Publishing/Printing
- 25. Ranching/Livestock
- 26. Real Estate
- 27. Restaurant/Bar
- 28. Retail Sales
- 29. Science/Research
- 30. Sports/Sporting Events
- 31. Technology(Computers)
- 32. Technology(General)
- 33. Television/Radio
- 34. Tourism/Convention Services
- 35. Transportation
- 36. Utilities
- 37. Veterinary Medicine/Animal Care
- X 38. Other _TRAILER REPAIR_

**NON-PROFIT CORPORATIONS**
- 1. Charitable
- 2. Benevolent
- 3. Educational
- 4. Civic
- 5. Political
- 6. Religious
- 7. Social
- 8. Literary
- 9. Cultural
- 10. Athletic
- 11. Science/Research
- 12. Hospital/Health Care
- 13. Agricultural
- 14. Animal Husbandry
- 15. Homeowner's Association
- 16. Professional, commercial industrial or trade association
- 17. Other _____

Exhibit C



**BUSINESS LICENSE**
CITY OF TUCSON
OCCUPATIONAL OR LIQUOR

LICENSE: 0130021   CODE: 137   FEE: 24.00   EMPLS: 00001   SIC: 7310

COVERING PERIOD FROM: 03/13/02 TO 06/30/02

DESCRIPTION: CONSULTANT SERVICES

LOCATION: 3214 E PRESIDENT

THIS IS NOT A RESALE LICENSE

C/O F RUTZ
FAR SERVICE COMPANY THE
3214 E PRESIDENT
TUCSON AZ 85714

---

Business Name: LINK TRAILER REPAIR       License Number: 0170917

**BUSINESS LICENSE**
CITY OF TUCSON
OCCUPATIONAL OR LIQUOR

LICENSE: 0130022   CODE: 131   FEE: 14.00   EMPLS: 00001   SIC: 7600

COVERING PERIOD FROM: 03/13/02 TO 06/30/02

DESCRIPTION: REPAIR - GENERAL NEC

LOCATION: 3214 E PRESIDENT

THIS IS NOT A RESALE LICENSE

LINK TRAILER REPAIR
3214 E PRESIDENT ST
TUCSON AZ 85714

FOLD HERE

# GENERAL AGREEMENT

Owner Name: **Ray V. Anderson**  Phone: hm: 520-883-27__  wk: 310-615-76__

Street Address: _____ City: _____ State: A__ Zip: 85__

Drivers Name: **Robert L. Ireland**  Phone: 520-295-03__

Street Address: **3214 E. President St.** City: **Tucson** State: **AZ** Zip: **85714**

Driver S.S. **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**  DL#: **D01303648 AZ**  State: **AZ**

VIN#: **4UZ6VLCA4VC696624**  Mileage: **8,301**  License #: _____

Vehicle Year: **97** Make: **Cuseland** Model: **Lorado** Type: **40' Motor Home**

This agreement is made this **19th** day of **July** 2003 by and between Owner and Driver, in consideration of conveyance, promises and agreements contained herein. Both parties agree as follows:

1. **DISCLOSURE:** Owner is the legal titleholder (registered owner) of said vehicle. Owner further discloses that **CIT** is the legal lienholder and the balance owed on said vehicle is: $**278,428.00**, payable as follows: $**1,573.04** per month with a final payment of $**1,573.04** due after **177** payments. There are no other liens or monies owed on said vehicle.

2. Owner hereby agrees to let Driver use the motor vehicle described above. Driver agrees to make monthly payments on Owners vehicle. $**1,573.04** per month beginning **2nd** day of **August** 2003. Each payment will be due on or before the **2nd** day of each month until paid. Payments must be made by CASHIER'S CHECK made payable to:

LOAN COMPANY: **CIT**  ACCOUNT #: **13191549**
ADDRESS: **715 Metropolitan Ave. O.K. City, OK. 73124**  PHONE #: **800-621-1433**

Failure to pay a single monthly payment on or before the due date shall be considered an act of default and Driver understands and agrees that he/she will be subject to the provisions herein listed in paragraph 5 and 6 of this contract dealing with default and repossession. In addition, Driver has the option to purchase the motor vehicle in accordance with the provisions listed in paragraph 9 of this contract (Option to Purchase).

3. **INSURANCE:** Driver understands and agrees to the following:
Owner does not provide any insurance coverage such as public liability, collision, comprehensive, property damage. All insurance coverage shall be the responsibility of the party driving the vehicle and it shall be the Drivers obligation to procure all necessary insurance including all such insurance that the above named lienholder may require.

The coverage must be in the amounts not less than **100,000.00** per person, BI **300,000.00** per accident, BI and **100,000.00** property damage with deductibles of **$500.00** and **$500.00**.

4. **MAINTENANCE:** Driver shall at his sole expense, keep the vehicle good order, appearance and repair. Vehicle must be properly serviced in accordance with recommendations set forth in owner's manual. Any additions, repairs, and accessories placed on the vehicle shall become a part thereof and become the property of the Owner. Driver shall bear risk of loss, theft, damage or destruction of the vehicle for any cause whatsoever and Driver shall promptly make all satisfactory repairs to the vehicle. Driver shall not cause or permit the vehicle to be loaned, rented, operated, garaged or used in an illegal or improper manner or in violation of any applicable law, regulation, ordinance, or otherwise or so as to cause or permit the cancellation or suspension of insurance coverage or to use or permit the vehicle to be used as a public carrier. Driver shall not cause or permit the vehicle to be removed from the state of **AZ** without prior consent. Owner or anyone appointed by Owner shall have the right to inspect said vehicle at least (1), one times per month and Driver shall make said vehicle available to Owner or Owner's appointee for such inspection.

5. **DEFAULT:** Owner may terminate this agreement and has the right to possession of the vehicle in the event that Driver defaults in any provisions of the agreement at which time Owner shall have the right of repossession of the vehicle. The occurrence of any of the following shall constitute an act of default by Driver:
A. Failure of Driver to abide by any of the provisions of this agreement.
B. Failure to make timely payments as provided herein.
C. Failure to maintain full insurance coverage as provided herein.
D. Failure to notify Owner of change of address and/or telephone number as provided herein.
E. Any proceeding by Driver in bankruptcy or for relief of debts.

6. **REPOSSESSION:** In the event of default, Driver agrees to forfeit and return possession of the vehicle to Owner. In the event Driver fails to return said vehicle, Owner shall have the right to retake and repossess said vehicle with or without process of law. Driver hereby expressly authorizes Owner or Owner's appointee to enter onto any premises where the vehicle may be found for the purpose of repossessing said vehicle. Driver agrees to be held personally liable to Owner for all cost of collection, repossession, storage, and other charges and expenses incurred in enforcing any rights hereunder, including attorney fees and cost to the extent permitted by law.

7. **WARRANTY AND LIABILITY DISCLAIMER:** Owner makes no warranties or representations expressed or implied, in connection with said vehicle. Owner shall not be liable to any person for any loss, cost or damages whatsoever or howsoever arising, whether from the possession, use, loss of use,

Exhibit D

ARIZONA DEPARTMENT OF TRANSPORTATION
MOTOR VEHICLE DIVISION

POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, That the undersigned __Ray V. Anderson__

Of the County of __Pima__, State of __Arizona__, Being the Buyer, Seller or Owner

of the following described Motor Vehicle: Make __Overland__ Year __97__

Body Style __Lorado__ VIN __4UZ6VLCA4VC696624__

Does hereby make, constitute and appoint __Robert L. Ireland__

Address __3214 E. President St__ City __Tucson__ State __AZ.__

County of __Pima__ True and lawful attorney in fact to sign in the name, place and stead of the undersigned any Certificate of Ownership issued by the Arizona Department of Transportation, Motor Vehicle Division, State of Arizona, covering the motor vehicle described above, in whatever manner necessary to transfer any registration of said motor vehicle.

Granting and giving unto said attorney in fact full authority and power to do and perform any and all acts necessary or incident to the execution of the powers herein expressly granted with power to do and perform all acts authorized hereby, as fully to all interests and purposes as the grantor might, or could do if personally present, with full power of substitution.

IN TESTIMONY WHEREOF, the Undersigned Hereto set hand this __19__ Day of __July__ __2003__

(Seal)

TERRIE KENNEDY
Notary Public - Arizona
Pima County
My Commission Expires
December 5, 2006

SIGNATURE __Ray V. Anderson__

SIGNATURE

Subscribed and sworn to before me this __21st__ day of __July__ __2003__.

NOTARY PUBLIC __Terrie Kennedy__

COMMISSION EXPIRES __December 5th 2006__

48-1001 R 2/78

Exhibit E

**Link Trailer Repair and Fabrication**
3214 E. President Street
Tucson, Arizona 85714
1-520-295-0316
Fax 889-4443

To Whom it may concern:                                          October 17, 2003

Be it known that on the above date I Robert Ireland have given to Sean Stark my permission to use my 1997 Overland Motorhome for his vacation.

                                                                Robert Ireland

                                                                *Robert Ireland* (signature)

Exhibit F