October 19, 2004

Robert Alba, Clerk
Hon. Patti B. Saris
U.S. District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

**Re:  U.S. v. Fabian Ruiz, Criminal No. 03-CR-10362-PBS.**

Dear Mr. Alba:

     The family of Robert Ireland sadly informed me that Mr. Ireland has passed away. Therefore, his affidavit submitted in support of Ruiz's Motion to Suppress will be the final expression of his testimony.

     If the Court wishes me to provide more details of his passing, I will inquire of Mr. Ireland's family.

                             Very truly yours,

                               /s/Valerie S. Carter

                               Valerie S. Carter

Cc:  Cynthia Lie, AUSA
     Elliot Weinstein, Esq.
     Mark Shea, Esq.
     Melvin Norris, Esq.