UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  03-10362-PBS |
| v. | |
| FABIAN  RUIZ | |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                                    November 10, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Emergency Motion For Furlough or, In the Alternative, Bail on **November 15, 2004**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                          By the Court,

                                            /s/ Robert C. Alba
                                          Deputy Clerk

Copies to:  All Counsel