# United States District Court

DISTRICT OF ___Massachusetts___

UNITED STATES
v.
TREVOR TEAGUE
FABIAN RUIZ

**EXHIBIT ▮▮▮ LIST**

CASE NUMBER: 03-CR-10362-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | CYNTHIA LIE, DAVID TOBIN | ELLIOT WEINSTEIN, VALERIE CARTER |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10-7-04, 10-12, 11-15 | MARIE CLOONAN | ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 10/7/04 | | ✓ | ARTICLES OF INCORPORATION – FAIR SERVICES INC |
| | 2 | 10/7/04 | | ✓ | PARTNERSHIP AGREEMENT |
| | 3 | 10/7/04 | | ✓ | GENERAL AGREEMENT |
| 1 | | 11-15-04 | | ✓ | STATEMENT OF RIGHTS – SEAN STARK |
| 2 | | 11-15-04 | | ✓ | STATEMENT OF RIGHTS – CHRISTOPHER SUGAR |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages