# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES
v.
TREVOR TEAGUE
& FABIAN RUIZ

**WITNESS LIST**

CASE NUMBER: 03-CR-10362-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| SARIS | CYNTHIA LIE, DAVID TOBIN | ELLIOT WEINSTEIN / VALERIE CARTER |
| TRIAL DATE(S) 10-7-04, 10-12, 11-15 | COURT REPORTER MARIE CLOONAN | COURTROOM DEPUTY ROBERT ALBA |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 8 | 1 | 10-7-04 / 10-12-04 | | | FABIAN RUIZ |
| 1 | | 11-15-04 | | | DAVID O'NEILL - SPECIAL AGENT - DEA |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages