```
                   UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA     )
                             )        CRIMINAL No.
          v.                 )
                             )
                             )        03-CR-10362 (PBS)
TREVOR ROYCE TEAGUE,         )
and                          )
FABIAN A. RUIZ,              )
                             )
          Defendants.        )
```

### GOVERNMENT'S LIST OF POTENTIAL WITNESSES

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following List of Potential Witnesses for the trial in the above-captioned matter. The government reserves the its right to supplement or modify the list with notice to the defendant:

**DRUG ENFORCEMENT ADMINISTRATION, Boston, Massachusetts**
Special Agent Robert Hanson
Special Agent James M. Catalano
Special Agent Robert Donovan
Special Agent Leslee M. Tate
Special Agent David X. O'Neill
Special Agent Kevin C. Frye

If no stipulation to drugs, expert witnesses:
Chemist Florence Wong

**ST. LOUIS METROPOLITAN POLICE DEPARTMENT, St. Louis, Missouri**

Robert Thompson (retired)
Sergeant Thomas Vohsen

1

Detective Sam Zouglas
**MASSACHUSETTS BAY TRANSIT AUTHORITY**
Peter McCarron
Michael Cauley

**PHELPS COUNTY SHERIFF'S DEPARTMENT**
Detective Rick Hope
Detective Stephen Kirn
Deputy Sheriff Carmello Crivello
Sheriff Don Blankenship

**MASSACHUSETTS STATE POLICE**
Massachusetts State Trooper Shawn A. Murray
Massachusetts State Trooper Jeffrey J. Lugas
Massachusetts State Trooper Francis Glasheen
Massachusetts State Trooper, Sgt. Robert B. Nugent

**CIVILIAN WITNESSES**
Anibal Torres
Christopher Sugar


Dated: January 17, 2005

    Respectfully submitted,


    MICHAEL J. SULLIVAN
    United States Attorney

    By: */s/ Cynthia W. Lie*

    CYNTHIA W. LIE
    JENNIFER ZACKS
    Assistant U.S. Attorneys