```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )         CRIMINAL No.
          v.                  )
                              )
                              )         03-CR-10362 (PBS)
TREVOR ROYCE TEAGUE,          )
and                           )
FABIAN A. RUIZ,               )
                              )
          Defendants.         )
```

### GOVERNMENT'S LIST OF POTENTIAL EXHIBITS

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Government's Exhibit | Description |
| --- | --- |
| 1 | 376 pounds of marijuana found in closet of RV on 10/22/03 |
| 2 | Statement of Rights Form and Prompt Presentment Waiver Form completed by Sean Stark, N-2 |
| 3 | Statement of Rights Form and Prompt Presentment Waiver Form completed by Christopher Sugar, N-3 |

| | |
|---|---|
| 4 | Two cellular telephones seized from Ruiz at time of his arrest on 10/24/03, N-10 |
| 5 | Photographs and Negatives taken of bulk evidence extraction, N-12 |
| 6 | Photographs and Negatives taken on 10/24/03, N-11 |
| 7 | One cassette tape N-1 |
| 8 | One cassette tape of kel recordings, N-2 |
| 9 | One cassette tape of kel recordings, N-3 |
| 10 | One cassette tape, N-7 |
| 11 | One cassette tape, recorded retrieval of five voice mail messages left on Sean Stark's cellular telephone, N-4 |
| 12 | 2 Western Union receipts and Sprint phone records seized from consensual search at Torres home at 2 Museum Square, Lawrence, MA, N-9 |
| 13 | Plea agreement of Anibal Torres |
| 14 | One cassette tape, recorded telephone calls made by Sean Stark to Fabian Arturo Ruiz, N-5 |
| 15 | Forensic Chemist Worksheet and Mass Spectrometer Data |
| 16 | Western Union Money Transfers |
| 17 | Subscriber information and toll records for the following numbers:<br>520-360-2538<br>520-237-6430<br>978-996-1560<br>978-764-0174<br>978-275-9432<br>520-250-4104 |

| 18 | Photograph of RV |
|----|------------------|
| 19 | Photograph of White Lexis |
| 20 | Photograph of RV closet containing marijuana |

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                                    By:  /s/ Cynthia W. Lie

                                    CYNTHIA W. LIE
                                    JENNIFER ZACKS
                                    Assistant U.S. Attorneys
Dated: January 17, 2005
```