UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.: 03-CR-10362-PBS |
| ) | |
| FABIAN RUIZ ) | |
| _____ ) | |

**RUIZ' MOTION TO JOIN IN TREVOR TEAGUE'S
MOTION TO BIFURCATED TRIAL**

For all of the reasons set forth in Trevor Teague's *Motion for Bifurcated Trial,* the defendant, Fabian Ruiz joins in on such motion.

                                               Fabian Ruiz,
                                               By his attorney,

                                               _____/s/ Valerie S. Carter
                                               Valerie S. Carter
                                               CARTER & DOYLE LLP
                                               530 Atlantic Avenue
                                               Boston, MA  02210
                                               617-348-0525
                                               vcarter@carterdoyle.com

DATED:  January 18, 2005

1

2