**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:    Criminal No. 03-10362-PBS

Title: United States v. Trevor Teague (003) and Fabian Ruiz (005)

**N O T I C E**

Pursuant to Local Rule 40.1(G), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge Patti Saris has been reassigned to Chief Judge William Young for all further proceedings as to defendants Trevor Teague and Fabian Ruiz. From this date forward the case number on all pleadings should be followed by the initials WGY.

Thank you for your cooperation in this matter.

CLERK OF COURT

By:    /s/ Robert C. Alba
Deputy Clerk

Date: January 20, 2005

(Teague and Ruiz reassign.wpd - 3/15/02)                                          [ntccsasgn.]