AO 458 (Rev. 5/85)   Appearance

# United States District Court

_____ DISTRICT OF _____

## APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FABIAN RUIZ

Date: 1·21·05

Signature: [signed]

Print Name: William Cintolo

Address: 1 International Pl.

City: Boston   State: MA   Zip Code: 02110

Phone Number: 617·439·7775