UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )         CRIMINAL No.
        v.                  )
                            )
                            )         03-CR-10362 (WGY)
TREVOR ROYCE TEAGUE,        )
and                         )
FABIAN A. RUIZ,             )
                            )
        Defendants.         )

**GOVERNMENT'S SUPPLEMENTAL LIST OF POTENTIAL EXHIBITS**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Jennifer Zacks, hereby files the following Supplemental List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Exhibit | Description |
|---|---|
| 1 | 376 pounds of marijuana found in closet of on 10/22/03 and control delivered to Holiday Inn in Marlborough, Massachusetts on 10/24/03 |
| 1A-1K | Samples 1a-k of marijuana |
| 1L | Packaging to bale from which 1a was taken |
| 2 | Photograph of RV |
| 3 | Photograph of RV closet containing marijuana |

| 4 | Photograph of 27 bundles of marijuana with labels a-k from N-12 |
|---|---|
| 5 | Photograph of marijuana samples F and K from N-12 |
| 6 | Western Union Money Transfers |
| 6a | Enlarged picture of money order sent to Trevor Teague on 10/20/03 |
| 7 | Two cellular telephones seized from Ruiz at time of his arrest on 10/24/03, N-10 |
| 8 | Toll records of 520-360-2530 |
| 8a | Summary Chart of Toll records for 520-360-2530 |
| 9 | Plea agreement of Anibal Torres |
| 10 | Photograph of bundle of marijuana on chair from N-11 |
| 11 | Photograph of bundle of marijuana on floor of RV from N-11 |
| 12 | Link Trailor Repair Form, N-6 |
| 13 | Statement of Rights Form and Prompt Presentment Waiver Form completed by Christopher Sugar, N-3 |
| 14 | Immunity Application and Order for Christopher Sugar |
| 15 | One cassette tape N-1 |
| 16 | One cassette tape of kel recordings, N-2 |
| 17 | One cassette tape of kel recordings, N-3 |
| 18 | One cassette tape, N-7 |
| 19 | One cassette tape, recorded telephone calls made by Sean Stark to Fabian Arturo Ruiz, N-5 |

```
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        By:  /s/ Cynthia W. Lie

                                        CYNTHIA W. LIE
                                        JENNIFER ZACKS
                                        Assistant U.S. Attorneys
Dated: January 25, 2005
```