```
                                                                    1


 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Criminal No.
 3                                            03-10362-WGY

 4
        * * * * * * * * * * * * * * * *
 5                                     *
        UNITED STATES OF AMERICA       *
 6                                     *  CROSS-EXAMINATION
           v.                          *  OF FLORENCE WONG
 7                                     *  BY MR. WEINSTEIN
        TREVOR ROYCE TEAGUE            *
 8      FABIAN A. RUIZ                 *
                                       *
 9      * * * * * * * * * * * * * * * *

10
                 BEFORE:  The Honorable William G. Young,
11                        District Judge, and a Jury

12

13      APPEARANCES:

14            CYNTHIA W. LIE and JENNIFER ZACKS,
        Assistant United States Attorneys, 1 Courthouse
15      Way, Suite 9200, Boston, Massachusetts 02210, on
        behalf of the Government
16
              ELLIOT M. WEINSTEIN, ESQ., 228 Lewis Wharf,
17      Boston, Massachusetts 02110, on behalf of Trevor
        Royce Teague
18
              CARTER & DOYLE LLP (By Valerie S. Carter,
19      Esq., 530 Atlantic Avenue, Boston, Massachusetts
        02210
20            - and -
              COSGROVE, EISENBERG & KELLY, PC (By William
21      J. Cintolo, Esq.), One International Place, Suite
        1820, Boston, Massachusetts 02110, on behalf of
22      Fabian A. Ruiz

23

24                                       1 Courthouse Way
                                         Boston, Massachusetts
25
                                         February 1, 2005
```