AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### DISTRICT OF MASSACHUSETTS

U.S.

v.

Trevor Teague
Fabian Ruiz

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03-10362-WGY

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Young | Lee | Carter Lowenstein |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/14/05 – | Womack | Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1/31/05 | | | Robert Hanson |
| | | | | 1 | RL photo |
| | | | | 3 | Closet photo |
| | | | | | David O'Neill |
| | | | | | Anibel Torres |
| | | | | 9 | Plea agreement – Torres |
| | | | | | Jury quest #1 |
| | | 2/1/05 | | | Anibel Torres |
| | | | | | Jury quest. #2 |
| | | | | | Peter McCaren |
| | | | | 11 | Photo of dashboard section of RL |
| | | | | | Florence Wong |
| | | | | 1A | envelopes and marijuana paraphernalia |
| | | | | 1L | " |
| | | | | | David O'Neill |
| | | | | 7 | 2 cell phones |
| | | 2/2/05 | | | David O'Neill |
| | | | | 7 | 2 cell phones |
| | | | | 1 | 27 bundles |
| | | | | 5 | Large photo – 2 bundles F and R |
| | | | | 4 | 1gr photo of 27 bundles |
| | | | | 8 | Cell records |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | VS. Trevor Teague, Fabian Ruiz | | CASE NO. 03 CR 10362 |
| | | 2/2/05 | | 6 | ~~ATF interview of Trevor~~ |
| | | | | 6a | Receipt |
| | | | | | Kevin Frye |
| | | | | | Stephen Kim |
| | | | | 10 | Photo of Claire w/ bundle |
| | | | | | Jeffrey Vega |
| | | | | | Christopher Sugar |

Page ____ of ____ Pages