UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | CRIMINAL ACTION |
| ) | NO. 03-10362-WGY |
| TREVOR ROYCE TEAGUE    ) | |
| FABIAN A. RUIZ,       ) | |
| Defendants. ) | |

## JURY VERDICT

1. On the charge of possession of marijuana with intent to distribute, or aiding and abetting such possession, we find Trevor Teague

   \_\_\_\_\_ not guilty

   \_\_X\_\_ guilty of possession of

   _____ marijuana

         \_\_X\_\_ at least 100 but less than 400 kilograms of marijuana

         \_\_\_\_\_ at least 80 but less than 100 kilograms of marijuana

         \_\_\_\_\_ at least 60 but less than 80 kilograms of marijuana

2. On the charge of conspiracy to possess marijuana with intent to distribute, we find Trevor Teague

   \_\_\_\_\_ not guilty

   \_\_X\_\_ guilty of conspiracy to possess

   _____ marijuana

    __X__ at least 100 but less than 400 kilograms of marijuana

    _____ at least 80 but less than 100 kilograms of marijuana

    _____ at least 60 but less than 80 kilograms of marijuana

3. On the charge of possession of marijuana with intent to distribute, or aiding and abetting such possession, we find Fabian A. Ruiz

   _____ not guilty

   __X__ guilty of possession of

       _____ marijuana

    __X__ at least 100 but less than 400 kilograms of marijuana

    _____ at least 80 but less than 100 kilograms of marijuana

    _____ at least 60 but less than 80 kilograms of marijuana

4. On the charge of conspiracy to possess marijuana with intent to distribute, we find Fabian A. Ruiz

   _____ not guilty

   __X__ guilty of conspiracy to possess

       _____ marijuana

    __X__ at least 100 but less than 400 kilograms of marijuana

    _____ at least 80 but less than 100 kilograms of marijuana

    _____ at least 60 but less than 80 kilograms of marijuana

5.  Was Fabian A. Ruiz an organizer, leader, manager, or supervisor of this criminal activity?

    __X__ no            _____ yes


                                            _____
                                                    Foreman

Date: __2·3·05__