UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | Criminal No. 03-CR-10362 (PBS) |
| V. | ) ) ) | |
| FABIAN A. RUIZ, et al. | ) ) | |
| Defendants. | ) | |

**UNITED STATES' MOTION TO PRESERVE**

    The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorney Cynthia W. Lie hereby files this Motion to Order the Drug Enforcement Administration to preserve the 376 pounds of marijuana seized in connection with this case until the trial of the remaining defendant, Sean Stark, is completed or until the case is otherwise fully adjudicated, in the interests of justice.

                                       Respectfully submitted,

                                       MICHAEL J. SULLIVAN
                                       United States Attorney

                                       By:  */s/ Cynthia W. Lie*
                                       CYNTHIA W. LIE
                                       Assistant U.S. Attorney

Dated: March 31, 2005