```
         UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )     CRIMINAL NO. 03-CR-10362-PBS
V.                       )
                         )
TREVOR TEAGUE            )
     and                 )
FABIAN RUIZ              )

**UNITED STATES' SUPPLEMENTAL MOTION TO PRESERVE**

As per the Court's oral order today, the government files the enclosed proposed order to preserve drugs and requests that it be so ordered.  The government requests that the Court order the marijuana in this matter be preserved until any appeal of defendant Teague or Ruiz is fully adjudicated, as the weight of the drugs was a central issue during their trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  */s/ Cynthia W. Lie*

CYNTHIA W. LIE

Assistant U.S. Attorneys

Dated: June 17, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA )
                         )        CRIMINAL NO. 03-CR-10362-PBS
V.                       )
                         )
TREVOR TEAGUE            )
     and                 )
FABIAN RUIZ              )
```

## ORDER TO PRESERVE MARIJUANA

It is hereby ordered that the Drug Enforcement Administration preserve the 376 pounds of marijuana seized in connection with this case until any appeal of defendant Teague and Ruiz is fully adjudicated.

Dated: June __, 2005

_____

Patti B. Saris

United States District Judge