UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )        CRIMINAL NO. 03-CR-10362-PBS
V.                       )
                         )
TREVOR TEAGUE            )
     and                )
FABIAN RUIZ             )

## ORDER TO PRESERVE MARIJUANA

It is hereby ordered that the Drug Enforcement

Administration preserve the 376 pounds of marijuana seized in

connection with this case until any appeal of defendant Teague

and Ruiz is fully adjudicated.

Dated: June 24, 2005

_____
Patti B. Saris

United States District Judge

2