```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         03-10362-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   FABIAN RUIZ                    *
                                    *
10   * * * * * * * * * * * * * * * *

11

12              BEFORE:  The Honorable William G. Young,
                                District Judge
13

14

15

16

17

18

19

20

21

22

23

24                                         1 Courthouse Way
                                           Boston, Massachusetts
25
                                           July 25, 2005
```

```
 1              THE COURT:  All right.  Mr. Fabian Ruiz, in
 2      consideration of the offenses of which you stand convicted,
 3      the information -- the criteria of 18 United States Code,
 4      Section 3553, the information from the United States
 5      Attorney, your attorney, and the probation officer, this
 6      Court sentences you to 63 months on each of the counts of
 7      conviction, the sentence on each of the counts of conviction
 8      to run concurrent one with the other.  You shall have credit
 9      toward the service of that sentence from October 24th, 2003.
10              Thereafter, the Court imposes upon you four years
11      of supervised release with the following special conditions.
12      That during your period of supervised release you submit to
13      the collection of a DNA sample as directed by the probation
14      officer.  You're prohibited from possessing a firearm or
15      other dangerous weapon.  You're to participate in a program
16      for substance abuse as directed by the United States
17      Probation Office, which program may include testing not to
18      exceed 104 drug tests per year.  You will use your true name
19      and you're prohibited from the use of any alias, aliases or
20      false identifiers.
21              If I've not already done it, I impose a $200
22      special assessment.
23              Let me explain the sentence.  This is not your
24      first time before a court.  You were central to this
25      conspiracy.  You knew exactly what you were doing.  This is
```

```
 1   a fair and a just sentence.  The government, the government
 2   gives you credit for a full, complete and truthful proffer.
 3   And I adopt that.
 4           I cannot say to you anymore directly than this,
 5   Mr. Ruiz.  Now's the time to turn everything around.  It's
 6   over.  This sort of criminal behavior is over.  Now you've
 7   got a real sentence here.
 8           And I do recommend that the sentence be served at
 9   one of the two places of incarceration in the state of
10   Arkansas, and if the Bureau of Prisons does not place you
11   there that it be served at the correctional facility in
12   Nellis in Las Vegas, Nevada.  Now, that's only a
13   recommendation.
14           If you do not take this as the real sentence that
15   ends your criminal involvement, that's the reason I give you
16   four years of supervised release, that's four years after
17   the five years, five years and three months, you'll simply
18   go to prison for a longer time.  Any other judge is going to
19   treat you that way after a 63 year -- 63 month sentence
20   unless you tow the line.  A judge is -- all judges in my
21   experience, they're immediately going to start thinking the
22   maximum sentence they can impose.  You have to take that
23   into consideration from here on out.
24           This is a just and a fair sentence.  It cuts you --
25   it's a lower sentence because of your honest proffer.  But
```

```
 1   it's the sentence that is appropriate under the law.
 2              Now, you have the right to appeal from any findings
 3   or rulings this Court has made against you.  Should you
 4   appeal and if your appeal is successful in whole or in part
 5   and it's remanded for resentencing, you'll be resentenced
 6   before another judge.
 7              That's the sentence --
 8              MS. CARTER:  Your Honor?
 9              THE COURT:  Yes.
10              MS. CARTER:  I think you inadvertently referenced
11   that, or made the recommendation that he serve his time in
12   one of the two Arkansas prisons.  I think you meant Arizona.
13              THE COURT:  I heard you say Arkansas.
14              MS. CARTER:  If I made a mistake then I made a
15   mistake.
16              THE COURT:  You want, you want the prisons --
17              MS. CARTER:  Arizona.
18              THE COURT:  -- in Arizona?
19              MS. CARTER:  Yes.
20              THE COURT:  I do so recommend.  It's Arizona.
21              MS. CARTER:  Thank you.  And I apologize.
22              THE COURT:  It's a real sentence, Mr. Ruiz.  But
23   we're not trying to make it any more -- it's the time that's
24   the sentence.
25              Now, given the time, I do recommend you for the
```

```
 1    500-hour, 500-hour drug treatment program.  I've recommended
 2    that the sentence be served at those two prisons in Arizona,
 3    and if not there up in Nevada.  These are done to be a help
 4    to you when you come out, and that help is as sincere as the
 5    sentence is also sincere.  Now is the time to turn this
 6    around.
 7              That's the sentence of the Court.  He's remanded to
 8    the custody of the marshals.  We'll call the next case.
 9              (Whereupon the matter concluded.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```