UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.: 03-CR-10362-PBS |
| ) | |
| FABIAN RUIZ ) | |
| _____ ) | |

NOTICE OF APPEAL

Notice is hereby given that the defendant, **Fabian Ruiz**, by and through his attorney, appeals to the United States Court of Appeals for the First Circuit from the Judgment entered July 26, 2005.

By his attorney,

　　　/s/ Valerie S. Carter
　　Valerie S. Carter
　　CARTER & DOYLE LLP
　　530 Atlantic Ave
　　Boston, MA 02210
　　617-348-0525
　　vcarter@carterdoyle.com

DATED:  August 3, 2005

CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2005 a true copy of the above document was served upon the attorney of record for each other party by mail, postage and E-filed.

　　　/s/ Valerie S. Carter
　　Valerie S. Carter, Esq.