UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Appellee )<br>v. )<br> )<br>FABIAN RUIZ, )<br>Defendant - Appellant )<br>_____ ) | Criminal No.: 03-CR-10362-WGY |

## MOTION TO WITHDRAW

Valerie S. Carter, counsel to Fabian Ruiz in the District Court case, requests permission to withdraw from representation of him in the United States Court of Appeals for the First Circuit. As grounds therefore, counsel states that Mr. Ruiz has filed an application for appointment of replacement counsel under the Criminal Justice Act and a certificate of compliance with Fed. R. App. P. 24.

            FABIAN RUIZ

            By his attorney,


             /s/ Valerie S. Carter_____
            Valerie S. Carter
            CARTER & DOYLE LLP
            530 Atlantic Ave
            Boston, MA 02210
            617-348-0525
            vcarter@carterdoyle.com

DATED: October 10, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005 a true copy of the above document was served upon Cynthia Lie, AUSA and on Fabian Ruiz by mail, postage.

            /s/ Valerie S. Carter_____
            Valerie S. Carter, Esq.