UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                                      ) <br> ) <br> FABIAN RUIZ,                                  ) <br> Defendant                                    ) <br> _____ ) | Criminal No.: 03-CR-10362-PBS |

**CERTIFICATE OF COMPLIANCE**

I, Valerie S. Carter, Esquire, counsel to Fabian Ruiz, certify the following in accordance with Fed. R. App. P. 24:

A.  On behalf of Fabian Ruiz, I have filed a completed Motion for Leave to Appeal in Forma Pauperis executed by Mr. Ruiz.  I also filed a Motion to Withdraw my appearance.

B.  Mr. Ruiz claims entitlement to redress from the jury verdict against him and this Court's denial of his Motion to Suppress.

C.  The issues that Mr. Ruiz intends to present on appeal are whether there were sufficient facts supporting the jury's verdict, whether the district court erred in certain jury instructions relating to drug weight, whether the district court erred in denying his Motion to Suppress Evidence of drugs found in a motor home not in Mr. Ruiz's possession.

Sworn to this 10th day of October 2005.

/s/ Valerie S. Carter
Valerie S. Carter, Esquire