U.S.
v.
Fabian A. Ruiz

Case # 03-10362-WGY
  #23

## Motion to Quash Subpoena

Now comes Fabian A. Ruiz in the above entitled matter and moves this Honorable Court to Quash the Subpoena issued on Aug 29, 2005, and grant leave to depart.

A Subpoena was issued to Fabian Ruiz to testify at his Co-defendents trial Sean D. Stark case # 03-10362. Mr. Ruiz went to trial and was found guilty in front of The Honorable William G. Young. His case is under Appeal at this time. Because of his ongoing Appeal, if Mr. Ruiz was brought to Mr. Stark's trial to testify, Mr. Ruiz violate his constitutional right to the 5th Amendment. Mr. Ruiz was sentenced on 7-25-2005 and is awaiting to be airlifted by the B.O.P.. This subpoena is preventing him from being transported from Plymouth County Facility back to his western region.

Page 1

Upon receiving the subpoena, Mr Ruiz notified his attorney Valerie Carter of his intention of invoking the 5th Amendment due to his appeal, and to inform the U.S District Attorney Cynthia W. Lie. To date Mr Ruiz has no response from his Attorney.

Mr Ruiz pleads with this court to Quash the subpoena and allow him to be transferred into B.O.P. custody.

Dated 10-3-05

Respectfully Submitted

_(signature)_

Fabian A. Ruiz Pro Se

26 Long Pond Road
Plymouth, MA. 02360
DS3-505 #36370

Page 2

## Certificate of Service

I Fabian A. Ruiz do hereby certify that I have on this day of Oct 8, 2005 served a true copy of the above documents, <u>Motion to Quash</u>, to Cynthia W. Lie the prosecuting Attorney in U.S. District of Massachusetts by first class mail.

*[signature]*

Fabian A. Ruiz Pro Se