UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, FCI Safford, AZ.

YOU ARE COMMANDED to have the body of Fabian Ruiz* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on November 15, 2005, at 2:00 p.m. for the purpose of a Motion Hearing in the case of United States of America V. Fabian Ruiz, CR Number 03-10362-PBS. And you are to retain the body of said Fabian Ruiz while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Fabian Ruiz to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 25th day of October, 2005.

* D.O.B unknown
  SS# unknown


PATTI B. SARIS
United States District Judge

                              Sarah Thornton, Clerk


                              By: Robert C. Alba
           SEAL               Deputy Clerk