UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Appellee )<br>v. )<br> )<br>FABIAN RUIZ, )<br>Defendant - Appellant )<br>_____ ) | Criminal No.: 03-CR-10362-WGY |

**MOTION TO WITHDRAW**

William J. Cintolo, counsel to Fabian Ruiz in the District Court case, requests permission to withdraw from representation of him in the United States Court of Appeals for the First Circuit. As grounds therefore, counsel states that Mr. Ruiz has filed an application for appointment of replacement counsel under the Criminal Justice Act and a certificate of compliance with Fed. R. App. P. 24.

FABIAN RUIZ

By his attorney,

 /s/ William J. Cintolo
William J. Cintolo BBO #
COSGROVE, EISENBERG & KILEY
1 International Place
Boston, MA 02109
617-439-7775
wcintolo@aol.com

DATED: October 24, 2005

CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2005 a true copy of the above document was served upon Cynthia Lie, AUSA and on Fabian Ruiz by mail, postage.

 /s/ William J. Cintolo
William J. Cintolo, Esq.