trial of <u>United States v. Sean Stark</u>, Criminal No. 03-10362-PBS,