UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, FCI Phoenix, Arizona.

YOU ARE COMMANDED to have the body of Fabian Ruiz* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on December 12, 2005, at 9:00 a.m. through December 16, 2005 for the purpose of a Jury Trial in the case of United States of America V. Sean Stark, CR Number 03-10362-PBS. And you are to retain the body of said Fabian Ruiz while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Fabian Ruiz to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 6th day of December, 2005.

* USMS # 24968-038


PATTI B. SARIS
United States District Judge

                                          Sarah Thornton, Clerk

                                          By: /s/ Robert C. Alba
                  SEAL                        Deputy Clerk