UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA

                                   CRIMINAL ACTION
                                    NO.  03-10362-PBS

      v.

SEAN STARK




**ORDER OF THE COURT**

December 6, 2005



It is hereby ORDERED that the United States Marshal Service produce Fabian Ruiz

(USM #24968-038) in Courtroom #19 at the United States District Court, 1 Courthouse Way,

Boston, Massachusetts, on Monday, December 12, 2005, at 9:00 a.m. in the case of the United

States of America v. Sean Stark, 03-CR-10362.




                                  /s/ Patti B. Rasis
                                  United States District Judge




Copies to:  All Counsel