UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. 03-CR-10362- PBS |
| | ) | |
| v. | ) | |
| | ) | |
| **SEAN STARK,** | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |
| **IN RE: FABIAN RUIZ** | ) | |
| | ) | |
| | ) | |

ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Fabian Ruiz to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Fabian Ruiz has been called to testify or provide other information before a jury at the trial of <u>United States v. Sean Stark</u>, Criminal No. 03-10362-PBS, within the District of Massachusetts.

2. It is likely that Fabian Ruiz will refuse to testify or provide other information on the basis of his privilege against self-incrimination;

3. In the judgment of the United States Attorney, the testimony or other information from Fabian Ruiz may be necessary to the public interest; and

4. The Application filed herein has been made with the approval of Bruce C. Swartz, Deputy Assistant Attorney General of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003(b) and Title 28, C.F.R., Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Fabian Ruiz shall give testimony or provide other information as to all matters about which she may be interrogated at the trial of <u>United States v. Sean Stark</u>, Criminal No. 03-10362-PBS, .

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Fabian Ruiz in any criminal case except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

_____
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

DATE: _____