ATTORNEY ASSIGNMENT REQUEST

Defendant:    Fabian Ruiz

Case & Defendant Number:   03-CR-10362-PBS

Date of Appointment: 12/13/05

Appointed by: Saris, D.J.

Attorney Withdrawn:

Date of Withdrawal:

Reason for Withdrawal:

Number of Counts:

Charge(s) and Cite(s):

Indictment:              Information:              Probation Revocation:

Number of Defendants:

Judge Code: 0129

Special Instructions: Direct appointment of Jonathan Shapiro as CJA counsel to represent Fabian Ruiz as a witness in the case of United States v. Sean Stark.

/s/ Robert C. Alba
Deputy Clerk

Date December 13, 2005

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form II.wpd**

[attyreq.;kattyreq.]