## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

USCA Docket Number: 05-1789

USDC Docket Number : 03-cr-10362

United States of America

v.

Treavor Teague & Fabian Ruiz

---

### CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 270, 271 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 13, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/13/05

*[signature]*
Deputy Clerk, US Court of Appeals