CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE  MAX | 2. PERSON REPRESENTED  Ruiz, Fabian | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER  1:03-010362-005 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF   (Case Name)  U.S. v. Ruiz | 8. PAYMENT CATEGORY  Felony | 9. TYPE PERSON REPRESENTED  Adult Defendant | | 10. REPRESENTATION TYPE  (See Instructions)  Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 21 846=C D.F -- CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

| 12. ATTORNEY'S NAME   (First Name, M.I., Last Name, including any suffix)  AND MAILING ADDRESS  Shapiro, Jonathan  Stern, Shapiro, Weissberg  90 Canal St.  5th Floor  Boston MA 02114  Telephone Number:  (617) 742-5800 | 13. COURT ORDER  ☒  O  Appointing Counsel ☐  C  Co-Counsel  ☐  F  Subs For Federal Defender ☐  R  Subs For Retained Attorney  ☐  P  Subs For Panel Attorney ☐  Y  Standby Counsel  Prior Attorney's Name: _____  Appointment Date: _____  ☐ Because the above-named person represented has testified under oath or has  otherwise satisfied this court that he or she (1) is financially unable to employ counsel and  (2) does not wish to waive counsel, and because the interests of justice so require, the  attorney whose name appears in Item 12 is appointed to represent this person in this case, |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM   (only provide per instructions)  Stern, Shapiro, Weissberg and Garin  90 Canal St.  5th Floor  Boston MA 02114 | or  ☐  Other (See Instructions)  _Thomas_  Signature of Presiding Judicial Officer or By Order of the Court  12/13/2005  Date of Order                          Nunc Pro Tunc Date  Repayment or partial repayment ordered from the person represented for this service at  time of appointment.      ☐ YES      ☐ NO |

| CLAIM FOR SERVICES AND EXPENSES | | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS  CLAIMED | TOTAL  AMOUNT  CLAIMED | MATH/TECH  ADJUSTED  HOURS | MATH/TECH  ADJUSTED  AMOUNT | ADDITIONAL  REVIEW |
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| In Court | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )        TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work   (Specify on additional sheets) | | | | | |
| | (Rate per hour = $          )        TOTALS: | | | | | |
| 17. | Travel Expenses  (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses  (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE  FROM _____  TO _____ | | 20. APPOINTMENT TERMINATION DATE  IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

22. CLAIM STATUS      ☐ Final Payment      ☐ Interim Payment Number _____      ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?      ☐ YES      ☐ NO   If yes, were you paid?      ☐ YES      ☐ NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this
representation?      ☐ YES      ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                                                    Date: _____

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | | |
|---|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | | 27. TOTAL AMT. APPR / CERT |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE)  Payment  approved in excess of the statutory threshold amount. | | | DATE | | 34a. JUDGE CODE |