

U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

---

*Office of the Warden*            Safford, AZ 85546

June 28, 2006

The Honorable Patti B. Saris
United States District Court Judge
1 Courthouse Way
John Joseph Maokley Courthouse
Boston, MA 02210

RE: RUIZ, Fabian
Reg. No.: 24968-038
Docket No.: 1: 03 CR 10362 - 005 - PBS

Dear Judge Saris:

    This letter is written to inform you of the escape of the above-referenced inmate. Mr. Ruiz departed this facility on Furlough Transfer to FPC Sheridan, Oregon, on June 26, 2006. He was to report to that facility no later than 9:00 a.m. on June 28, 2006. On June 28, 2006, we contacted FPC Sheridan, Oregon, staff to confirm his arrival. FPC Sheridan, Oregon, staff informed us that Mr. Ruiz had failed to report as directed. He was subsequently placed on escape status on June 28, 2006.

    Mr. Ruiz was sentenced on December 13, 2005, to a 6 month sentence for Criminal Contempt. This sentence was to be served consecutively to 1: 03 CR 10362 - 005 - WGY, on his Conspiracy to Possess With Intent to Distribute and Possession With Intent to Distribute a Controlled Substance. He has a projected Good Conduct Time release date of October 26, 2008, with 4 years Supervised Release to follow.

    Should you require any additional information regarding the status of this inmate, please do not hesitate to contact us at (928) 428-6600.

Sincerely,

J. E. Thomas
Warden

cc: U.S. Attorney, District of Massachusetts
    U.S. Parole and Probation, District of Massachusetts